# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1619

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Northern |
| | * | District of Iowa. |
| Frankie Louis Vasquez, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  October 1, 2003

Filed:  October 7, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Frankie Louis Vasquez appeals from the district court's[1] order denying his motion for early release from his supervised release sentence.  After careful review of the record, we find no abuse of discretion in denying the motion, as there was ample evidence to suggest that termination of Mr. Vasquez's supervised release was not warranted by his conduct and the "interest of justice."  See 18 U.S.C.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

§ 3583(e)(1); <u>United States v. Pregent</u>, 190 F.3d 279, 282-283 (4th Cir. 1999) (standard of review; affirming district court's denial of early termination of supervised release where defendant had extensive criminal background and history of drug abuse).

Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____